```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 23429
   JAVIER P OLVERA
   ELIZA OLVERA                                 CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
         Debtor
    SSN XXX-XX-3956     SSN XXX-XX-1342

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 06/21/04 and confirmed on 09/17/04.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $ 140766.41 .

    4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
------------------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG     45850.98          .00       45850.98
LITTON LOAN SERVICING IN  MORTGAGE ARRE      1591.19          .00        1591.19
LITTON LOAN SERVICING IN  CURRENT MORTG     11939.34          .00       11939.34
LITTON LOAN SERVICING IN  MORTGAGE ARRE       298.48          .00         298.48
CHASE MANHATTAN AUTOMOTI  SECURED VEHIC     16500.00        1524.03     16500.00
DAIMLER CHRYSLER FINANCI  SECURED           22123.75        2805.37     22123.75
TURNER ACCEPTANCE         SECURED            2906.97         354.60      2906.97
BECKET & LEE LLP          UNSECURED          3577.68          .00        3577.68
CAPITAL ONE FINANCIAL     FILED LATE           .00            .00          .00
CHARTER ONE BANK NA       UNSECURED           896.39          .00         896.39
B LINE LLC                UNSECURED          1300.63          .00        1300.63
FARMERS INSURANCE GROUP   UNSECURED         NOT FILED         .00          .00
PREMIER BANKCARD/CHARTER  UNSECURED           279.43          .00         279.43
HEIGHTS FINANCE           UNSECURED          1200.00          .00        1200.00
ROUNDUP FUNDING LLC       UNSECURED          1152.93          .00        1152.93
HSBC CREDIT SERVICES      UNSECURED         NOT FILED         .00          .00
J C PENNEY                UNSECURED         NOT FILED         .00          .00
MERRICK BANK              UNSECURED           817.82          .00         817.82
SAMS                      UNSECURED         NOT FILED         .00          .00
RESURCENT CAPITAL SERVIC  UNSECURED           521.23          .00         521.23
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  UNSECURED          9483.12          .00        9483.12
CHASE MANHATTAN AUTOMOTI  UNSECURED          5037.64          .00        5037.64
LITTON LOAN SERVICING IN  COST OF COLLE       100.00          .00         100.00
         Summary of disbursements:
------------------------------------------------------------------------------
              SECURED      PRIORITY    UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED    101210.71         100.00         24266.87              .00      125577.58
PRINCIPAL PAID        101210.71         100.00         24266.87              .00      125577.58
INTEREST PAID           4684.00            .00             .00              .00        4684.00
TOTAL PAID            105894.71         100.00         24266.87              .00      130261.58
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC        , was allowed $   2700.00
and was paid $    765.00   direct and $   1935.00   through the plan.

The Trustee received $    5911.33 .

Refunds to the Debtor totaled $    2658.50 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 04 B 23429 JAVIER P OLVERA & ELIZA OLVERA